No. A–968 (72–1290).   BUFALINO *v.* IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 3d Cir.   Application for stay of deportation presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

No. A–969.   BAKER ET AL. *v.* NEW YORK.   C. A. 2d Cir.   Application for stay presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

MARCH 26, 1973

No. 72–1236.   PONDER *v.* LOUISIANA STATE BAR ASSN.   Sup. Ct. La.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. 72–1070.   BINKOWSKI *v.* MILLER ET AL.   Affirmed on appeal from D. C. E. D. Mich.

No. 72–1082.   BENNERS, EXECUTRIX *v.* CITY OF UNIVERSITY PARK.   Appeal from Sup. Ct. Tex. dismissed for want of substantial federal question.